AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ERIC DOVE,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV213-163

CHARLES FRANCIS GRANTIER and
CRETE CARRIER CORP.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court dated September 22, 2015, judgment of dismissal is hereby entered and this case stands dismissed.

Approved by: _____
Chief Judge Lisa Godbey Wood

Date: September 23, 2015

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03